UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST,

          Plaintiffs,

   v.

GARY VAN VALKENBURG,

          Defendant,

   v.

A R O GLASS COMPANY,

          Garnishee.

Case No. MC21-0037RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

    This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Gary Van Valkenburg., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, A R O Glass Company. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on March 16, 2021.

    Dated this 18th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT